IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARRY CLAYTON**                                                           **PLAINTIFF**
*#90199*

v.                              CASE NO. 4:25-cv-00103-BSM

**ROWDY SWEET**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE